# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie Dalton, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Rainbow USA Inc.,<br><br>Defendant. | Civil Case No.:24-cv-03728(LMP/ECW)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel, that the above-captioned action may be and hereby is dismissed on the merits in its entirety, with prejudice and without costs or attorney's fees to any party.

Dated: June 16, 2025

**THRONDSET MICHENFELDER, LLC**

By: */s/Patrick W. Michenfelder*
Patrick W. Michenfelder (#024207X)
Chad A. Throndset (#0261191)
Jason D. Gustafson (#0403297)
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Tel: (763) 515-6110
Fax: (763) 226-2515
pat@throndsetlaw.com
chad@throndsetlaw.com
jason@throndsetlaw.com
*Attorneys for Plaintiff*

Dated: June 16, 2025	**LITTLER MENDELSON**

By: */s/Stepanie Huisman*
Stephanie Huisman (#0403615)
1300 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Tel: (612) 486-2002
shuisman@littler.com
*Attorneys for Defendant*