UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JULIE DALTON, *individually and on behalf of all others similarly situated*, | Case No. 24-cv-3728 (LMP/ECW) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| RAINBOW USA INC., | |
| Defendant. | |

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice ("Stipulation"), ECF No. 20. Based on the parties' Stipulation, and on the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that all claims between the parties in this matter are **DISMISSED WITH PREJUDICE,** without costs or disbursements to any party.

Dated: June 16, 2025

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge